IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIO E. ILARRAZA,<br>Plaintiff, | CIVIL ACTION NO. 1:15-cv-2406 |
| v. | (Rambo, J) |
| JAMES CHUTA,<br>et al,<br>Defendants. | (Saporito, M.J.) |

## ORDER

AND NOW, this 4th day of April, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion to appoint counsel (Doc. 2), is DENIED WITHOUT PREJUDICE.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge