IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO E. RIVERA ILARRAZA,** | : | Civil No. 1:15-cv-2406 |
| Plaintiff, | : | |
| v. | : | |
| **JAMES CHUTA, et al.,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

# **O R D E R**

**AND NOW**, this 3rd day of January, 2018, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED**.

2) The motion to dismiss for failure to prosecute (Doc. 41) is **GRANTED** and the complaint is **DISMISSED**.

3) The Clerk of Court shall close this case.

4) Any appeal from this order is deemed frivolous and not taken in good faith.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge